NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: JAMES J. MACOR,**
*Appellant*

---

2018-1289

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 12/928,280.

---

**JUDGMENT**

---

PERRY MATTHEW FONSECA, Law Office of Perry M. Fonseca, PC, Lawrenceville, NJ, argued for appellant.

MAI-TRANG DUC DANG, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by, THOMAS W. KRAUSE, MONICA BARNES LATEEF.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (HUGHES, SCHALL, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| November 13, 2018 | /s/ Peter R. Marksteiner |
| Date | Peter R. Marksteiner |
| | Clerk of Court |